IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| YVONNE B. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05CV1149 |
| ) | |
| CENTER FOR CREATIVE ) | |
| LEADERSHIP, ) | |
| ) | |
| and ) | |
| ) | |
| JOHAN NAUDÉ, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER

For the reasons set forth in the contemporaneously filed Memorandum Opinion, Defendants' Motion to Dismiss Plaintiff's Title VI claim [Doc. #6] is GRANTED.

Defendants' Motion to Dismiss Plaintiff's claim for intentional infliction of emotional distress against Defendant Johan Naudé and negligent retention against Defendant Center for Creative Leadership are rendered MOOT by the Stipulation of Dismissal [Doc. # 9] filed jointly by the parties on May 1, 2006.

This the day of June 22, 2006

                                                                                              /s/ N. Carlton Tilley, Jr.
                                                                         United States District Judge